IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23CR457 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN JOHNSON, | ) | GOVERNMENT'S RESPONSE IN |
| | ) | OPPOSITION TO MOTION TO STRIKE |
| Defendant. | ) | FIREARM ENHANCEMENTS FROM |
| | ) | SENTENCING GUIDELINES |

Now comes the United States of America, by and through counsel, David M. Toepfer, United States Attorney, and Matthew W. Shepherd and Brian S. Deckert, Assistant United States Attorneys, and hereby submits this response in opposition to Defendant Brian Johnson's Motion to Strike Firearm Enhancements from Sentencing Guidelines. (R. 218). For the following reasons, Johnson's motion should be denied without prejudice as premature.

In his motion, Johnson argues against the application of several Specific Offense Characteristics related to firearms offenses contained in the United States Sentencing Guidelines at U.S.S.G. § 2K2.1. Since Johnson has not been convicted of any offenses yet, this motion is premature at this stage of the proceedings. Until he has been convicted of an offense, the Sentencing Guidelines are inapplicable. Should Johnson be convicted of any offenses, he can raise these arguments at sentencing.

Therefore, the United States requests that this motion be denied at this time without prejudice.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ Matthew W. Shepherd

Matthew W. Shepherd (OH: 0074056)
Brian S. Deckert (OH: 0071220)
Assistant United States Attorneys
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3859
(216) 685-2378 (facsimile)
Matthew.Shepherd@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by regular U.S. Mail to Brian Johnson, Reg. No. 54892-060, NEOCC, 2240 Hubbard Road, Youngstown, Ohio 44505.

/s/ Matthew Shepherd
Matthew Shepherd
Assistant U.S. Attorneys